IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

IRESHA CARN,

      Appellant,

v.                                          Case No. 5D22-2101
                                            LT Case No. 2022-300857-CFDB

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed January 10, 2023

Appeal from the Circuit Court
for Volusia County,
Karen A. Foxman, Judge.

Matthew J. Metz, Public Defender, and Steven N. Gosney, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Deborah A. Chance, Assistant Attorney General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.